UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANNIE MAMON
(356519)

VERSUS

JAMES LEBLANC, SECRETARY, ETAL

CIVIL ACTION

NO. 11-48-BAJ-CN

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 16, 2011. Plaintiff has filed an objection which the Court ha considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that plaintiff's action is dismissed as frivolous and for failure to state a claim upon which relief may be granted within the meaning of 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, September 30, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA